UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:21-cv-01413-VMC-TGW

**CHRISTINE EDWARDS,**

    Plaintiff,

v.

**FLORIDA DETOX, INC.,**
a Florida Corporation, d/b/a
**SPONAUGLE WELLNESS INSTITUTE,**

    Defendant.
_____/

## JOINT NOTICE OF RESOLUTION

Plaintiff, **CHRISTINE EDWARDS** ("Plaintiff"), and Defendant, **FLORIDA DETOX, INC., d/b/a SPONAUGLE WELLNESS INSTITUTE** ("Defendants"), (collectively, the "Parties"), by and through their undersigned counsel, and pursuant to Local Rule 3.09(a), hereby notify this Court that the Parties have reached a resolution in this case. The Parties are in the process of finalizing the Settlement and request for dismissal with prejudice and anticipate filing same with the Court within the next fourteen (14) days.

    Dated this 28th day of February, 2022.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Noah E. Storch* | */s/ Matthew Farmer* |
| Noah E. Storch, Esq. | Matthew P. Farmer, Esq. |
| Florida Bar No: 0085476 | Florida Bar No. 0793469 |
| RICHARD CELLER LEGAL, P.A. | Farmer & Fitzgerald, P.A. |
| 10368 W. SR. 84, Suite 103 | 1560 W. Cleveland St. |
| Davie, Florida 33324 | Tampa, FL 33606 |
| Telephone: 866-344-9243 | Phone: (813) 228-0095 |
| Facsimile: 954-337-2771 | E-mail: mattfarmer1@aol.com |
| Email: noah@floridaovertimelawyer.com | |
| *Attorneys for Plaintiff* | *Counsel for Defendant* |